IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ronald D. Leonard, | : | |
| Plaintiff | : | Civil Action 2:11-cv-01091 |
| v. | : | Judge Marbley |
| Warden Shelton, *et al.*, | : | Magistrate Judge Abel |
| Defendants | | |
| | : | |

**ORDER**

Plaintiff Ronald D. Leonard, a state prisoner, brings this action alleging that defendants violated his constitutional rights under the Fifth, Eighth, and Fourteenth Amendments . This matter is before the Court on the Magistrate Judge's December 22, 2011 Initial Screening Report and Recommendation recommending partial dismissal of the complaint

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **DISMISSES** plaintiff's claims under the Fifth and Fourteenth Amendment. Plaintiff's motion for a preliminary injunction is **DENIED**.

Plaintiff's claim for violation of his Eighth Amendment rights remains.

                                                 s/Algenon L. Marbley
                                                 Algenon L. Marbley
                                                 United States District Judge