IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ronald D. Leonard, | : | |
| Plaintiff | : | Civil Action 2:11-cv-01091 |
| v. | : | Judge Marbley |
| Warden Sheldon, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Plaintiff Ronald D. Leonard, a state prisoner, brings this action alleging that defendants have failed to sufficient precautions to protect him from threats of the Aryan Brotherhood. This matter is before the Court on Magistrate Judge Abel's August 17, 2012 Report and Recommendation that recommending that plaintiff's May 8, 2012 motion to transfer this case to the Northern District of Ohio Western Division (doc. 16) be GRANTED. No objections have been filed.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. The Clerk of Court is **DIRECTED** to transfer this case to the Northern District of Ohio Western Division.

      s/Algenon L. Marbley
    Algenon L. Marbley
    United States District Judge